UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **V.C.**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** <br><br> Defendant. | Civil Action No. 1:23-cv-01139-CKK |

## JOINT STATUS REPORT

Pursuant to this Court's order of October 2, 2023, ECF 33, Plaintiffs V.C., B.L., and B.S. and Defendant District of Columbia (hereinafter "the Parties") hereby submit this Joint Status Report to provide the Court with an update on their progress in mediation.

While an administrative error delayed notification to the D.C. Circuit Executive Mediation Program of the Parties' intent to mediate, the Parties are now actively engaged with mediators Heather Croft and Michael Terry. The Parties have participated in two mediation sessions—one on January 3 and one on January 30. A third session is scheduled for March 1. To increase the productivity of these sessions, Plaintiffs and Defendant are working cooperatively in the informal exchange of discovery materials.

The Parties propose an additional four-month stay of litigation to allow them to continue to participate in mediation. If the Court is amenable, at the conclusion of the stay, the Parties will file an additional Joint Status Report updating the Court on their progress in mediation and whether they believe a further extension of the stay is warranted.

Dated: February 2, 2024                              Respectfully Submitted,

                                                              _____/s/_____
Kristin L. McGough (D.C. Bar No. 991209)
Dennis Corkery (D.C. Bar No. 1016991)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS & URBAN AFFAIRS
700 14th Street, N.W., Ste. 400
Washington, DC 20005
Tel: (202) 319-1000
kristin_mcgough@washlaw.org
dennis_corkery@washlaw.org

ARNOLD & PORTER KAYE SCHOLER LLP
John A. Freedman (D.C. Bar No. 453075)
Leah Motzkin (D.C. Bar No. 90005226)
Katie Weng (D.C. Bar No. 90008026)
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
John.Freedman@arnoldporter.com
Leah.Motzkin@arnoldporter.com
Katie.Weng@arnoldporter.com

John R. Sabacinski (admitted *pro hac vice*)
70 West Madison Street, Suite 4200
Chicago, IL 60602
Tel: (312) 583-2300
John.Sabacinski@arnoldporter.com
*Counsel for Plaintiffs*


BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*_____
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

2

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Pamela A. Disney*
PAMELA A. DISNEY [1601225]
BRENDAN HEATH [1619960]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 807-0371
pamela.disney@dc.gov
*Counsel for Defendant*

3